[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Aug. 21, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-16248

_____

D. C. Docket No. 06-01289-CV-JEO-S

TRACY THRASHER,

Plaintiff-Appellant,

versus

AMERICAN INTERNATIONAL GROUP, INC.,
NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURG, P.A.,
AMERICAN INTERNATIONAL SPECIALTY LINES
INSURANCE COMPANY,
ILLINOIS NATIONAL INSURANCE COMPANY,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(August 21, 2009)

Before CARNES and PRYOR, Circuit Judges, and DOWD,[*] District Judge.

PER CURIAM:

We affirm the judgment on the basis of Judge Ott's well-reasoned memorandum opinion of September 29, 2008. We add to it only our observation that the breach of contract claim is also clearly barred by the statute of limitations. Whether the other three claims are also barred by the statute of limitations are more issues that we do not reach.

AFFIRM.

---

[*]Honorable David D. Dowd, Jr., United States District Judge for the Northern District of Ohio, sitting by designation.